FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FEB 2 1 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-30026-NJR |
| ) | |
| vs. ) | |
| ) | |
| SHAWN C. HOLLAND, ) | Title 26, United States Code, Section |
| ) | 5861(d) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**UNLAWFUL POSSESSION OF AN UNREGISTERED FIREARM SILENCER**

On or about October 11, 2017, in St. Clair County, within the Southern District of Illinois,

**SHAWN C. HOLLAND,**

Defendant herein, did knowingly possess a firearm silencer, not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

### COUNT 2

**UNLAWFUL TRANSFER OF FIREARMS TO A PROHIBITED PERSON**

On or about October 11, 2017, in St. Clair County, within the Southern District of Illinois,

**SHAWN C. HOLLAND,**

Defendant herein, did knowingly disposed of firearms and ammunition to a prohibited person in that the Defendant temporarily transferred firearms and ammunition to Cara Anderson, knowing and having reasonable cause to believe that Cara Anderson had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States

Code, Sections 922(d) and 924(a)(2).

_Laura Reppert_
LAURA V. REPPERT
Assistant United States Attorney

_Donald Boyce_
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention